UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60504-Civ-SCOLA

FEDERAL TRADE COMMISSION,

    Plaintiff,
vs.

PREMIER PRECIOUS METALS, INC., *et al.*,

    Defendants.
_____/

### ORDER DENYING MOTION TO UNFREEZE ASSETS

THIS MATTER is before the Court on the Defendants' Motion to Unfreeze Assets in Order To Pay Reasonable Living Expenses, Attorney's Fees and Other Related Costs (ECF No. 31). The Plaintiff has filed a detailed response opposing the Defendants' request. (Resp. in Opp'n, ECF No. 40.) Having considered the motion, the record, and the relevant legal authorities, and for the reasons argued in the Plaintiff's Response brief, it is **ORDERED** that the Defendants' Motion is **DENIED**.

**DONE and ORDERED** in chambers, at Miami, Florida, on May 10, 2012.

                                                 _____
                                                 **ROBERT N. SCOLA, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*