UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-60504-SCOLA

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

PREMIER PRECIOUS METALS, INC., *et al.*

    Defendants.

_____/

### ORDER GRANTING RECEIVER'S SECOND APPLICATION FOR FEES AND EXPENSES

THIS MATTER is before the Court on the Receiver's second *unopposed* application for allowance and payment of compensation and reimbursement of expenses for the period of June 22, 2012 to December 31, 2012. Having considered the application, the record and the relevant legal authorities it is **ORDERED** that the Receiver's second unopposed application for compensation of fees and costs (ECF No. 93) is **GRANTED**. The Receiver, Curtis Miner, is authorized to pay to Colson Hicks Eidson the sum of **$9,942.04** which represents reasonable fees of $7,002.00 and costs of $2,940.04 incurred during this Application Period.

    **DONE and ORDERED** in chambers, at Miami, Florida, on January 25, 2013.

                                                        ROBERT N. SCOLA, JR.
                                                         UNITED STATES DISTRICT JUDGE

Copies to:
*Counsel of record*